# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: BRUSHCLEAN PROPERTIES INC.     § Case No. 1-18-43530-NHL
                                      §
                                      §
Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT J. MUSSO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                         Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $871,374.34    Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $78,990.05

3) Total gross receipts of $ 1,000,026.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 49,661.84 (see **Exhibit 2**), yielded net receipts of $950,364.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $871,374.34 | $871,374.34 | $871,374.34 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 112,240.84 | 78,990.05 | 78,990.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $983,615.18 | $950,364.39 | $950,364.39 |

    4) This case was originally filed under Chapter 7 on June 19, 2018. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2019    By: /s/ROBERT J. MUSSO
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 624 Hart Street, Brooklyn, New York | 1110-000 | 1,000,026.23 |
| **TOTAL GROSS RECEIPTS** | | **$1,000,026.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRUSHCLEAN PROPERTIES INC. | Dividend paid 100.00% on $49,661.84; Claim# SURPLUS; Filed: $49,661.84; Reference: | 8200-002 | 49,661.84 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$49,661.84** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carrington Mortgage Service, LLC | 4110-000 | N/A | 871,374.34 | 871,374.34 | 871,374.34 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$871,374.34** | **$871,374.34** | **$871,374.34** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERT J. MUSSO | 2100-000 | N/A | 53,250.79 | 20,000.00 | 20,000.00 |
| Trustee Expenses - ROBERT J. MUSSO | 2200-000 | N/A | 58.80 | 58.80 | 58.80 |
| Attorney for Trustee Fees (Trustee Firm) - Rosenberg Musso & Weiner, LLP | 3110-000 | N/A | 9,812.50 | 9,812.50 | 9,812.50 |

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - Rosenberg Musso & Weiner, LLP | 3120-000 | N/A | 272.35 | 272.35 | 272.35 |
| Other - Champiom Abstract LLC | 2500-000 | N/A | 23,078.83 | 23,078.83 | 23,078.83 |
| Other - Reyes & Elsamad Real Estate Group | 2500-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 146.57 | 146.57 | 146.57 |
| Other - NYS Corporate Tax | 2820-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - NYS Corporate Tax | 2820-000 | N/A | 21.00 | 21.00 | 21.00 |
| Other - NYC Dept. of Finance | 2820-000 | N/A | 75.00 | 75.00 | 75.00 |
| Accountant for Trustee Fees (Trustee Firm) - Joseph A. Broderick, P.C. | 3310-000 | N/A | 450.00 | 450.00 | 450.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$112,240.84** | **$78,990.05** | **$78,990.05** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-18-43530-NHL  **Trustee:** (520810) ROBERT J. MUSSO
**Case Name:** BRUSHCLEAN PROPERTIES INC.  **Filed (f) or Converted (c):** 06/19/18 (f)
  **§341(a) Meeting Date:** 07/23/18
**Period Ending:** 10/16/19  **Claims Bar Date:** 10/22/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  624 Hart Street, Brooklyn, New York   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000,000.00 | 1,000,026.23 | | 1,000,026.23 | FA |
| **1  Assets Totals** (Excluding unknown values) | **$1,000,000.00** | **$1,000,026.23** | | **$1,000,026.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee retained Rosenberg, Musso & Weiner as general counsel to represent estate in the sale of 624 Hart Street, Brooklyn, New York. Trustee closed on October 24, 2018.

Trustee closed on 624 Hart Street, on October 24, 2018 for $999,000.00.

Sent emails and letters to Andrew Tilem, Esq., requesting Debtor's prior tax returns and information regarding capital improvement for 624 Hart Street needed for estate tax retruns.

Sent Broderick information on January 1/7/19.

Closing of premises 624 Hart Street, Brokyn, New York on October 24, 2018.

Sent tax returns to taxing authorities on February 9, 2019

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** April 17, 2019 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1-18-43530-NHL  
**Case Name:** BRUSHCLEAN PROPERTIES INC.  
**Taxpayer ID #:** **-***8554  
**Period Ending:** 10/16/19  

**Trustee:** ROBERT J. MUSSO (520810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $44,643,604.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/18 | {1} | Andrew M. Tilem, Esq | $100,000.00 contract deposit. | 1110-000 | 100,000.00 | | 100,000.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.65 | 99,975.35 |
| 10/04/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -24.65 | 100,000.00 |
| 10/24/18 | {1} | The LSophie 2012 Trust/Alberte J Walder Trustee | Closing for 624 Hart Street, Brooklyn, New York | 1110-000 | 2,422.24 | | 102,422.24 |
| 10/24/18 | {1} | Signature Bank | Closing 624 Hart Street, Brooklyn, New York | 1110-000 | 897,603.99 | | 1,000,026.23 |
| 10/24/18 | 101 | Champiom Abstract LLC | Title No. OCHAMP-060715k - 624 Hart Street, Brooklyn, NY | 2500-000 | | 23,078.83 | 976,947.40 |
| 10/24/18 | 102 | Reyes & Elsamad Real Estate Group | 624 Hart Street . Brooklyn, New York | 2500-000 | | 25,000.00 | 951,947.40 |
| 10/29/18 | 103 | Carrington Mortgage Service, LLC | Mortgage Payoff - 624 Hart Street, Brooklyn, New York | 4110-000 | | 871,374.34 | 80,573.06 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.57 | 80,426.49 |
| 02/13/19 | 104 | NYS Corporate Tax | NYS Corporate Tax 2018 | 2820-000 | | 75.00 | 80,351.49 |
| 02/13/19 | 105 | NYS Corporate Tax | NYS Corporate Tax 2018 | 2820-000 | | 21.00 | 80,330.49 |
| 02/13/19 | 106 | NYC Dept. of Finance | NYC Dept of Finance | 2820-000 | | 75.00 | 80,255.49 |
| 02/13/19 | 107 | Joseph A. Broderick, P.C. | Per Order dated December 6, 2018 | 3310-000 | | 450.00 | 79,805.49 |
| 06/18/19 | 108 | ROBERT J. MUSSO | Dividend paid 100.00% on $58.80, Trustee Expenses;  Reference: | 2200-000 | | 58.80 | 79,746.69 |
| 06/18/19 | 109 | ROBERT J. MUSSO | Dividend paid 100.00% on $20,000.00, Trustee Compensation;  Reference: | 2100-000 | | 20,000.00 | 59,746.69 |
| 06/18/19 | 110 | Rosenberg Musso & Weiner, LLP | Dividend paid 100.00% on $9,812.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 9,812.50 | 49,934.19 |
| 06/18/19 | 111 | Rosenberg Musso & Weiner, LLP | Dividend paid 100.00% on $272.35, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 272.35 | 49,661.84 |
| 06/18/19 | 112 | BRUSHCLEAN PROPERTIES INC. | Dividend paid 100.00% on $49,661.84; Claim# SURPLUS; Filed: $49,661.84; Reference: | 8200-002 | | 49,661.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,000,026.23 | 1,000,026.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,000,026.23 | 1,000,026.23 | |
| | | | Less: Payments to Debtors | | | 49,661.84 | |
| | | | **NET Receipts / Disbursements** | | **$1,000,026.23** | **$950,364.39** | |

{} Asset reference(s)

Printed: 10/16/2019 09:53 AM    V.14.50

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 1-18-43530-NHL | | **Trustee:** | ROBERT J. MUSSO (520810) |
|---|---|---|---|---|
| **Case Name:** | BRUSHCLEAN PROPERTIES INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******9266 - Checking Account |
| **Taxpayer ID #:** | **-***8554 | | **Blanket Bond:** | $44,643,604.00   (per case limit) |
| **Period Ending:** | 10/16/19 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 1,000,026.23 | |
| Less Payments to Debtor : | 49,661.84 | |
| Net Estate : | $950,364.39 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9266 | 1,000,026.23 | 950,364.39 | 0.00 |
| | $1,000,026.23 | $950,364.39 | $0.00 |